IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850i, VIN WBAEG2316NCB74498,

    Defendants.

## NOTICE OF COMPLAINT FOR FORFEITURE

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and states:

THAT on November 18, 2011, the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 21 U.S.C. § 881 for forfeiture of the defendant property;

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule G"), and the Federal Rules of Civil Procedure;

1

THAT any persons claiming or asserting an interest in the above-described property must file their Claim pursuant to Supplemental Rule G(5) with the Clerk of the United States District Court, at 901 19th Street, Denver, Colorado, 80294, by **January 9, 2012**;

THAT pursuant to Supplemental Rule G(5), any Claim filed must: (1) identify the specific property claimed; (2) identify the claimant and state the claimant's interest in that specific property; and (3) be signed by the claimant under penalty of perjury.  If you file a Claim, you must then file an Answer to the Complaint with the Clerk of the United States District Court within **twenty-one (21)** days after filing your Claim.  Copies of these documents must be provided to Assistant United States Attorney Martha A. Paluch, at 1225 17th Street, Suite 700, Denver, Colorado, 80202; and

THAT unless all interested parties file their Claims and Answers within the specified time, a default pursuant to Rule 55 of the Federal Rules of Civil Procedure will be noted and forfeiture will be sought of the defendant property.

DATED this 29th day of November 2011.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

By:    s/ *Martha A. Paluch*
    Martha A. Paluch
    Assistant United States Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: martha.paluch@usdoj.gov
    *Attorney for Plaintiff*