IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850i, VIN WBAEG2316NCB74498,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2011, true copies of the NOTICE OF COMPLAINT FOR FORFEITURE, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY IN REM, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

| | |
|---|---|
| Mildred Brown<br>1550 Server Drive<br>Colorado Springs, Colorado 80910 | Cert. # 7010 2780 0002 3338 6529 |
| John E. Brown<br>1550 Server Drive<br>Colorado Springs, Colorado 80910 | Cert. # 7010 2780 0002 3338 6536 |

1

| | |
|---|---|
| Windsor E. James<br>1550 Server Drive<br>Colorado Springs, Colorado 80910 | Cert. # 7010 2780 0002 3338 6543 |
| James E. Windsor<br>1550 Server Drive<br>Colorado Springs, Colorado 80910 | Cert. # 7010 2780 0002 3338 6550 |
| James E. Windsor<br>c/o Seamless Gutters<br>309 Arrawanna Street, #D<br>Colorado Springs, Colorado 80909 | Cert. # 7010 2780 0002 3338 6567 |
| Philip W. Ogden, Esq.<br>219 East Vermijo Avenue<br>Colorado Springs, Colorado 80903<br>*Attorney for Mildred Brown* | Cert. # 7010 2780 0002 3338 6574 |
| Mark B. Menscher, Esq.<br>19 North Tejon Street, Suite 204<br>Colorado Springs, Colorado 80903<br>*Attorney for John Edward Brown a/k/a Windsor Edward James* | Cert. # 7010 2780 0002 3338 6581 |

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney

2