IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850I, VIN WBAEG2316NCB74498

        Defendants.

---

CLAIM OF MILDRED M. BROWN PURSUANT TO SUPPLEMENTAL RULE G(5) FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS AND THE FEDERAL RULES OF CIVIL PROCEDURE

---

        COMES NOW Mildred M. Brown (hereinafter "Claimant") by and through her attorney of record, Philip W. Ogden, and files this her Claim Pursuant to Supplemental Rule G(5) for Admiralty or Maritime Claims and Asset Forfeiture Actions and the Federal Rules of Civil Procedure as follows:

        1.    Rule G(5) for Admiralty or Maritime Claims and Asset Forfeiture Actions provides as follows:

        (a) Filing a Claim.

        (i) A person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending. The claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury; and

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D).

(ii) Unless the court for good cause sets a different time, the claim must be filed:

(A) by the time stated in a direct notice sent under Rule G(4)(b);

(B) if notice was published but direct notice was not sent to the claimant or the claimant's attorney, no later than 30 days after final publication of newspaper notice or legal notice under Rule G(4)(a) or no later than 60 days after the first day of publication on an official internet government forfeiture site; or

(C) if notice was not published and direct notice was not sent to the claimant or the claimant's attorney:

(1) if the property was in the government's possession, custody, or control when the complaint was filed, no later than 60 days after the filing, not counting any time when the complaint was under seal or when the action was stayed before execution of a warrant issued under Rule G(3)(b); or

(2) if the property was not in the government's possession, custody, or control when the complaint was filed, no later than 60 days after the

government complied with 18 U.S.C. §985(c) as to real property, or 60 days after process was executed on the property under Rule G(3).

(iii) A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

2.  The specific property claimed by the Claimant Mildred M. Brown (hereinafter "vehicles") is as follows:

1998 BMW 740iL, VIN WBAGJ8321WDM12921,

1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,

2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and

1992 BMW 850I, VIN WBAEG2316NCB74498

3.  The Claimant is Mildred M. Brown, whose address is 1550 Server Drive Colorado Springs, CO 80910.  Mildred M. Brown claims and asserts that she is the sole legal and/or equitable owner of said vehicles.

RESPECTFULLY SUBMITTED, this 2nd day of December, 2011.

S/ Philip W. Ogden

PHILIP W. OGDEN, #12098
Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903
Telephone: 719/635-8115
FAX:  719/635-1248
E-mail: Phil@ColoradoSpringsLaw.net
Attorney for Claimant Mildred M. Brown

STATE OF COLORADO  )
                   ) SS/
COUNTY OF EL PASO  )

THIS CLAIM IS SWORN TO and subscribed before me under penalty of perjury, this 5th day of December, 2011, by Mildred M. Brown.

_____
MILDRED M. BROWN, CLAIMANT

Witness my hand and seal

My commission expires: 2-4-2013

CRYSTAL A REVELL
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 2-4-13

_____
NOTARY PUBLIC
219 East Vermijo Avenue
Colorado Springs, CO 80903

CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 20_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses: martha.paluch@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name: Mark B. Menscher, Esq., 19 North Tejon Street, Suite 204, Colorado Springs, CO 80903, Attorney for John Edward Brown a/k/a Windsor Edward James.

s/Philip W. Ogden
PHILIP W. OGDEN
Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903
Telephone: 719/635-8115
FAX: 719/635-1248
E-mail: Phil@ColoradoSpringsLaw.net
Attorney for Claimant Mildred M. Brown