IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850I, VIN WBAEG2316NCB74498

        Defendants.

---

### ENTRY OF APPEARANCE OF ATTORNEY IN BEHALF OF CLAIMANT MILDRED M. BROWN

---

      COMES NOW Philip W. Ogden and enters his appearance as attorney of record for the Claimant Mildred M. Brown effective the date below written

      RESPECTFULLY SUBMITTED, this 5th day of December, 2011.

                      *S/ Philip W. Ogden*

                      PHILIP W. OGDEN, #12098
                      Attorney at Law
                      219 East Vermijo Avenue
                      Colorado Springs, CO 80903
                      Telephone: 719/635-8115
                      FAX:  719/635-1248
                      E-mail: Phil@ColoradoSpringsLaw.net
                      Attorney for Claimant Mildred M. Brown

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses: martha.paluch@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name: Mark B. Menscher, Esq., 19 North Tejon Street, Suite 204, Colorado Springs, CO 80903, Attorney for John Edward Brown a/k/a Windsor Edward James.

s/Philip W. Ogden
PHILIP W. OGDEN
Attorney at Law
219 East Vermijo Avenue
Colorado Springs, CO 80903
Telephone: 719/635-8115
FAX: 719/635-1248
E-mail: Phil@ColoradoSpringsLaw.net
Attorney for Claimant Mildred M. Brown