IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850I, VIN WBAEG2316NCB74498

       Defendants.

---

**EXHIBIT TO VERIFIED ANSWER OF CLAIMANT MILDRED M. BROWN TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

---

    COMES NOW Mildred M. Brown (hereinafter "Claimant") by and through her attorney of record, Philip W. Ogden, and files Exhibit A the Texas Bill of Sale.

    RESPECTFULLY SUBMITTED, this 5th day of December, 2011.

                      *S/ Philip W. Ogden*

                      PHILIP W. OGDEN, #12098
                      Attorney at Law
                      219 East Vermijo Avenue
                      Colorado Springs, CO 80903
                      Telephone: 719/635-8115
                      FAX:  719/635-1248
                      E-mail: Phil@ColoradoSpringsLaw.net
                      Attorney for Claimant Mildred M. Brown

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses: martha.paluch@usdoj.gov

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name: Mark B. Menscher, Esq., 19 North Tejon Street, Suite 204, Colorado Springs, CO 80903, Attorney for John Edward Brown a/k/a Windsor Edward James.

>　s/Philip W. Ogden
> PHILIP W. OGDEN
> Attorney at Law
> 219 East Vermijo Avenue
> Colorado Springs, CO 80903
> Telephone: 719/635-8115
> FAX:  719/635-1248
> E-mail: Phil@ColoradoSpringsLaw.net
> Attorney for Claimant Mildred M. Brown

# Texas Bill of Sale

**State of Texas**

**KNOW ALL PERSONS BY THESE PRESENTS:**

THAT I, Will L. Madison III, Seller, of 732 Abbeyglen Castle Dr., Pflugerville, Texas 78660, Travis County, Texas, in consideration of the payment of the sum of Twelve thousand seven hundred and fifty dollars ($ _12,750.00_ ), receipt of payment acknowledged, do hereby sell and transfer to Mildred M. Brown, Buyer, of 1550 Server Drive, Colorado Springs, Colorado 80910, El Paso County, Colorado, his/her successors and assigns, the following described personal property:

1997 Mercedes SL500 , black in color

Vin #:   **WDBFA67F9VF151748**

Seller warrants that he/she is the lawful owner in every respect of all of the described property and that it is free and clear of all liens, security agreements, encumbrances, claims, demands, and charges of every kind whatsoever.

Seller binds Seller, his/her successors and assigns, to warrant and defend the title to all of the described property to Buyer, his/her successors and assigns, forever against every person lawfully claiming the described property or any part of it.

THE DESCRIBED PROPERTY IS SOLD "AS-IS" WITHOUT ANY WARRANTIES, EXPRESS OR IMPLIED, AS TO THE CONDITION OF SUCH PROPERTY . BY ACCEPTING THIS BILL OF SALE, BUYER(S) REPRESENT THAT BUYER(S) HAVE PERSONALLY INSPECTED THE DESCRIBED PROPERTY AND ACCEPTS THE PROPERTY "AS-IS".

This Bill of Sale shall be effective as to the transfer of all property listed in it as of December 8, 20 10.

IN WITNESS WHEREOF, this Bill of Sale is executed on December, 8, 20 10.

_____   _____
Seller's Signature                                Buyer's Signature

Will L. Madison III                              Mildred M. Brown
Seller's Printed Name                       Buyer's Printed Name

_____
Witness' Signature

Windsor James
Witness' Printed Name