IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850i, VIN WBAEG2316NCB74498,

        Defendant.

_____

## MOTION FOR A SCHEDULING ORDER CONFERENCE
_____

COMES NOW the United States of America by and through Assistant United States Attorney Martha A. Paluch, and hereby requests the Court to set a Scheduling Order Conference in this matter.

1.    On November 18, 2011, a Verified Complaint for Forfeiture *In Rem* was filed in this case. (Doc. 1).

2.    On November 29, 2011, a Notice of Complaint for Forfeiture was filed, advising that any person claiming or asserting an interest in the defendant property had until January 9, 2012, to file a clam in this matter.

3.    As evidenced by the Certificate of Service filed with the Court on November 29, 2011, all pleadings and documents pertaining to this action were sent via certified mail to all known interested parties. (Doc. 5).

1

4. On December 5, 2011, a Verified Claim was filed by Mildred Brown through her counsel Mr. Philip Ogden. (Doc. 6).

5. Also on December 5, 2011, Claimant Brown, through Mr. Ogden, filed a Verified Answer to the Complaint. (Doc. 8).

6. There are no other claimants in this action.

7. On January 3, 2012, undersigned counsel contacted Mr. Ogden and made an offer to settle this matter. Undersigned counsel's notes indicate that Mr. Ogden stated he would convey the offer to his client and get back to undersigned counsel.

8. Since that offer, undersigned counsel has left a number of voice mail messages for Mr. Ogden as well as an email message, attempting to further discuss settlement of this case as well as to obtain his position on this motion. Most recently, undersigned counsel left messages for Mr. Ogden on April 3, April 12, April 17, 2012, and sent him an email dated April 13, 2012.

9. Undersigned counsel certifies pursuant to D.C.COLO.LCivR 7.1 she has attempted to consult with counsel Mr. Ogden for Claimant Mildred Brown in order to obtain his position on the instant motion and has been unable to do so.

WHEREFORE, the United States requests this Court set a Scheduling Order Conference in this matter.

DATED this 19th day of April, 2012.

                                                 Respectfully submitted,

                                                 JOHN F. WALSH
                                                 United States Attorney

By:  s/ *Martha A. Paluch*
      Martha A. Paluch
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, CO 80202
      Telephone: (303) 454-0100
      E-mail: Tonya.Andrews@usdoj.gov
      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 19th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participant:

Philip W. Ogden
phil@coloradospringslaw.net
*Attorney for Claimant Mildred Brown*

                                                 s/ *Raisa V. Pitman*
                                                 FSA Data Analyst
                                                 Office of the U.S. Attorney