IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 11-cv-03020-WYD-BNB          Date: May 15, 2012
Courtroom Deputy: Geneva D. Mattei            FTR BNB COURTROOM A401

---

UNITED STATES OF AMERICA,                     Martha Paluch

            Plaintiff(s),

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 Mercedes Benz SL500, VIN
WDBFA67F9VF151748,
2000 Dodge Ram 1500, VIN
3B7HC13Y8YG118628,
1992 BMW 850i, VIN
WBAEG2316NCB74498,

            Defendant(s),

MILDRED M BROWN,                              Philip Ogden

            Claimant.

---

## COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

Court in Session:       1:33 p.m.

Appearances of counsel.

Court's opening remarks.

Deadline for joinder of parties and amendment of pleadings is: **June 29, 2012**

Discovery cut-off  is: **October 9, 2012**

-1-

The dispositive motion deadline is: **November 9, 2012**

The parties shall designate all experts no later than: **July 17, 2012**

The parties shall designate all rebuttal experts no later than: **August 17, 2012**

All written discovery must be served so that responses are due on or before discovery cut off.

A neutral evaluation may be set on the motion of the parties.

Pretrial Conference will be held on **January 10, 2013 at 1:30 p.m.** A proposed pretrial order shall be submitted on or before **January 3, 2013**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:        1:46 p.m.        Hearing concluded.        Total time in court: 00:13

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

-2-