IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850i, VIN WBAEG2316NCB74498,

    Defendants.

_____

**UNITED STATES' UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE**
_____

The United States of America, by and through Assistant United States Attorney Martha A. Paluch, with the concurrence of Claimant Mildred Brown, through counsel Philip W. Ogden, Esq., moves this Court to enter a Final Order of Forfeiture and Judgment in this case.  In support, the Plaintiff states:

    1.    The United States filed its Verified Complaint for Forfeiture *In Rem* against the defendant property pursuant to 21 U.S.C. § 881, on November 18, 2011.  (Doc. 1).

    2.    All known interested parties have received notice of this action, as evidenced by the Certificate of Service filed with the Court on November 29, 2011. (Doc. 5).  Notice was further posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning December 1, 2011 as

1

required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. On December 5, 2011, Claimant Mildred Brown, through Philip W. Ogden, Esq., filed a Claim to all of the defendant property (Doc. 6), and a Verified Answer to the Verified Complaint. (Doc. 8). No other individual or entity has filed the requisite Claim, Answer, or any other documents, and thus the only parties in this action are the United States and Claimant Mildred Brown.

4. The United States and sole claimant Mildred Brown have reached a settlement resolving all issues in this civil forfeiture matter, and a Settlement Agreement is being filed contemporaneously herewith. The terms agreed to by the parties are, *inter alia*, as follows:

    a. The Parties agree that defendants 1998 BMW 740iL, VIN WBAGJ8321WDM12921; 2000 Dodge Ram 1500, VIN 3B7HC13Y8YG118628; and 1992 BMW 850i, VIN WBAEG2316NCB74498 will be forfeited to the United States, in their entirety, pursuant to 21 U.S.C. § 881, and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law.

    b. The parties further agree that upon entry of the Final Order of Forfeiture, the United States will promptly direct the United States Marshals Service to return to Claimant Brown, defendant 1997 Mercedes BENZ SL500, VIN WDBFA67F9VF151748, and that the United States will pay the costs associated with the storage of this vehicle incurred from the time of seizure through its release.

   c. A Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall issue as to all defendant property.

 5. As evidenced by the parties' Settlement Agreement, all issues pertaining to the defendant property have been resolved, and the requirements of D.COLO.LR 7.1 have been met.

 6. The facts and verification as set forth in the Verified Complaint provide probable cause and an ample basis for a final judgment and order of forfeiture pursuant to 21 U.S.C. § 881 as to all of the defendant property.

 WHEREFORE, the United States moves this Court pursuant to 21 U.S.C. § 881 to enter a Final Order of Forfeiture in this case forfeiting defendants 1998 BMW 740iL, VIN WBAGJ8321WDM12921; 2000 Dodge Ram 1500, VIN 3B7HC13Y8YG118628; and 1992 BMW 850i, VIN WBAEG2316NCB74498 in accordance with the terms and provisions of the parties' Settlement Agreement, and to issue a Certificate of Reasonable Cause as to all defendant property pursuant to 28 U.S.C. § 2465.

 DATED this 25th day of June, 2012.

          Respectfully submitted,

          JOHN F. WALSH
          United States Attorney

        By: s/ *Martha A. Paluch*
          Martha A. Paluch
          Assistant United States Attorney
          1225 17th Street, Suite 700
          Denver, Colorado  80202
          Telephone: (303) 454-0210
          E-mail: Martha.Paluch@usdoj.gov
          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 25th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following ECF participant:

Philip W. Ogden
*Attorney for Claimant Mildred Brown*

            s/ *Raisa Vilensky*
            FSA Data Analyst
            Office of the U.S. Attorney