IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850i, VIN WBAEG2316NCB74498,

      Defendants.

---

## SETTLEMENT AGREEMENT

      COMES NOW the United States of America through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Mildred Brown, through counsel Philip W. Ogden, Esq. (collectively, "the Parties"), and enter into the following Settlement Agreement:

      1.    The Parties agree that defendant 1998 BMW 740iL, VIN WBAGJ8321WDM12921, defendant 2000 Dodge Ram 1500, VIN 3B7HC13Y8YG118628, and defendant 1992 BMW 850i, VIN WBAEG2316NCB74498 will be forfeited to the United States, in their entirety, pursuant to 21 U.S.C. § 881.

      2.    The Parties agree that defendant 1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748 will be returned to Claimant Mildred Brown upon entry of a Final Order of Forfeiture for the forfeited property.  The United States agrees to pay the costs

associated with the storage of this vehicle incurred from the time of seizure through its release, provided such release occurs within thirty (30) days of the date of the filing of this agreement.

3. The Parties agree that this Settlement Agreement resolves all claims and issues between the Parties with respect to the defendant properties.

4. Any attorney fees incurred by the Parties will be their sole responsibility and obligation.

5. The Parties forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. § 983 and 28 U.S.C. § 2465, with respect to the property described herein, except for any civil tax liability which the Claimant understands must be handled between her and the Internal Revenue Service directly.

6. Should any other claims or answers be filed necessitating further administrative or judicial action regarding the defendant properties, the Claimant agrees to cooperate fully in the preparation for, handling of, and hearings or trials on such claim or answer, as determined by the United States.

7. This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, attorneys of each of the Parties to this Settlement Agreement.

8. The Parties agree that a Certificate of Reasonable Cause shall issue as to all of the defendant properties, pursuant to 28 U.S.C. § 2465.

Respectfully submitted this 15th day of June, 2012.

JOHN F. WALSH
United States Attorney

Dated: 6/15/12

*signature*

MARTHA A. PALUCH
1225 17th Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Martha.paluch@usdoj.gov
*Counsel for Plaintiff the United States*

Dated: 6/12/12

*signature*

PHILIP W. OGDEN, ESQ.
219 East Vermijo Avenue
Colorado Springs, Colorado 80903
Telephone: (719) 635-8115
E-mail: phil@coloradospringslaw.net
*Counsel for Claimant Mildred Brown*

Dated: 6/12/12

*signature*

MILDRED BROWN
*Claimant*