IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850i, VIN WBAEG2316NCB74498,

    Defendants.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT sole claimant Mildred Brown, through Philip W. Ogden, Esq., has filed a Claim to Contest Forfeiture, and an Answer to the United States' Verified Complaint;

THAT the United States and sole claimant Mildred Brown, through Philip W. Ogden, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

1

THAT no other claims to the defendant property have been filed;

THAT upon agreement of the parties, Claimant Mildred Brown agrees to forfeit to the United States, defendants 1998 BMW 740iL, VIN WBAGJ8321WDM12921; 2000 Dodge Ram 1500, VIN 3B7HC13Y8YG118628; and 1992 BMW 850i, VIN WBAEG2316NCB74498 pursuant to 21 U.S.C. § 881, which will then be disposed of in accordance with law and the terms of the parties' Settlement Agreement;

THAT upon agreement of the parties, and upon entry of a Final Order of Forfeiture in this case, the United States will return to Claimant Mildred Brown, defendant 1997 Mercedes Benz SL500, VIN WDBFA67F9VF151748, and pay all costs associated with the storage of this vehicle incurred from the time of seizure through its release;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of defendants 1998 BMW 740iL, VIN WBAGJ8321WDM12921; 2000 Dodge Ram 1500, VIN 3B7HC13Y8YG118628; and 1992 BMW 850i, VIN WBAEG2316NCB74498 shall enter in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

SO ORDERED this _____ day of _____, 2012.

BY THE COURT:

_____
WILEY Y. DANIEL
U.S. District Court Chief Judge