IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03020-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1998 BMW 740iL, VIN WBAGJ8321WDM12921,
1997 MERCEDES BENZ SL500, VIN WDBFA67F9VF151748,
2000 DODGE RAM 1500, VIN 3B7HC13Y8YG118628, and
1992 BMW 850i, VIN WBAEG2316NCB74498,

    Defendants.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the Final Order of Forfeiture entered by the Honorable Chief United States District Judge Wiley Y. Daniel on June 26, 2012, and under Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title to defendants:

        a.    1998 BMW 740iL, VIN WBAGJ8321WDM12921;

        b.    2000 Dodge Ram 1500, VIN 3B7HC13Y8YG118628; and

        c.    1992 BMW 850i, VIN WBAEG2316NCB74498, is hereby entered in favor of the United States.

    2.    The United States may dispose of the above-described forfeited property in accordance with law.

2

DATED at Denver, Colorado, this 26th day of June, 2012.

FOR THE COURT:

Gregory C. Langham, Clerk

By: s/ Edward P. Butler
Edward Butler, Legal Officer

2